Jonathan S. Ball (SBN 264107)
BALL LAW CORPORATION
One Market / Spear Tower, 36th Floor
San Francisco, CA 94105
Telephone: 415-349-0721
Facsimile: 415-520-6864
Email: jb@ball-lawcorp.com

Adam B. Wolf (SBN 215914)
PEIFFER ROSCA WOLF ABDULLAH
CARR & KANE, APLC
9696 Culver Blvd., Suite 301
Culver City, CA 90232
Telephone: 415-766-3545
Facsimile: 415-402-0058
Email: awolf@prwlegal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **DANIEL DEVOR**; **JOHN SHERMAN**; **IRVING RICHARDS AND REGINA RICHARDS**, as co-trustees of the **RICHARDS FAMILY TRUST**; **BRIAN WEIDE AND ROBERTA WEIDE**, as co-trustees of the **WEIDE FAMILY TRUST**; **JUDITH S. BALL**; **THOMAS L. HEENEY**; **TERUKO TAKAHASHI**; **EARL MCKINNEY**; **JAMES HAMILL**; **OTTO LEUSCHEL**; **RICHARD ADELMAN**; **JAMES LIPPMAN**, as trustee of the **JAMES AND LINDA LIPPMAN 1998 TRUST**; **DR. JOHN RICHARDS AND CHRIS** | Case No. 5:15-02411-PSG-DTB<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)**<br><br>Hon. Philip S. Gutierrez<br><br>Action Filed: November 23, 2015 |

-1-
NOTICE OF VOLUNTARY DISMISSAL                Case No. 5:15-02411-PSG-DTB

| | |
|---|---|
| **STEIG RICHARDS**; **KEITH JANZEN**, as trustee of the **J. EMERSON CHISHOLM TRUST DTD 7/18/97**; **JAMES R. GUY, JR.**; and **THE HON. JOSEPH WAPNER AND MICKEY WAPNER**, <br><br> Plaintiffs <br><br> v. <br><br> **HKALLEN, LP**; **HK ALLEN, INC.**; **HALL KEEN MANAGEMENT, INC.**; **HKN ALLEN LLC**; **HKN DANVILLE HOUSE LLC**; **HKN MANAGER LLC**; **HALL KEEN INVESTMENTS LLC**; **JOHN L. ALLEN**; **ANDREW P. BURNES**; **DAVID A. CARLEN**; **FRANKLIN 81 ASSOCIATES**; **EQUITY RESOURCE INVESTMENTS, LLC**; **EQUITY RESOURCE NEWTON FUND, LP; EQUITY RESOURCE MILTON FUND, LLC; EQUITY RESOURCE CONCORD FUND, LLC; EQUITY RESOURCE BELMONT FUND, LLC;** and **EGGERT DAGBJARTSSON** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLEASE TAKE NOTICE** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismiss all claims in this action without prejudice as to all Defendants. Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED:

Date: February 16, 2016              BALL LAW CORPORATION


                                      By:      /s/ Jonathan Ball
                                           Jonathan S. Ball

                                      Jonathan S. Ball (SBN 264107)
                                      BALL LAW CORPORATION
                                      One Market / Spear Tower, 36th Floor
                                      San Francisco, CA  94105
                                      Telephone:  415-349-0721
                                      Facsimile:   415-520-6864
                                      Email:       jb@ball-lawcorp.com

                                      Adam B. Wolf (SBN 215914)
                                      PEIFFER ROSCA WOLF ABDULLAH
                                      CARR & KANE, APLC
                                      9696 Culver Blvd., Suite 301
                                      Culver City, CA 90232
                                      Telephone:  415-766-3545
                                      Facsimile:   415-402-0058
                                      Email:       awolf@prwlegal.com

                                      Tracey B. Cowan (SBN 250053)
                                      PEIFFER ROSCA WOLF ABDULLAH
                                      CARR & KANE, APLC
                                      4 Embarcadero Center, Suite 1400
                                      San Francisco, CA 94111
                                      Telephone:  415-426-5641
                                      Facsimile:   415-402-0058
                                      Email:       tcowan@prwlegal.com


                                      Joseph C. Peiffer (PHV pending)
                                      PEIFFER ROSCA WOLF ABDULLAH

-3-
NOTICE OF VOLUNTARY DISMISSAL                                    Case No. 5:15-02411-PSG-DTB

| | |
|---|---|
| 1 | CARR & KANE, APLC |
| 2 | 201 St. Charles Ave., Suite 4610 |
| | New Orleans, LA 70170 |
| 3 | Telephone: 504-586-5259 |
| 4 | Facsimile: 504-523-2464 |
| | Email: jpeiffer@prwlegal.com |
| 5 | |
| 6 | *Attorneys for Plaintiffs* |

# PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to the within action. My business address is 4 Embarcadero Center, Suite 1400, San Francisco, CA 94111.

Today I served this document on the interested parties in this action by electronic mail, as stipulated by counsel, addressed as set forth below:

**Steven W. Hansen**
steven.hansen@morganlewis.com

**Benjamin M. McGovern**
benjamin.mcgovern@hklaw.com

**Sarah Andre**
sandre@nixonpeabody.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 16, 2016

                                   /s/ Tien Le
                                   Tien Le